UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| KAREN WHEATLEY,<br>    PLAINTIFF,<br><br>v.<br><br>WEST CENTRAL MICHIGAN<br>EMPLOYMENT & TRAINING<br>CONSORTIUM, INC.<br>A/K/A MICHIGAN WORKS!<br>WEST CENTRAL,<br>    DEFENDANT. | NO. 1:16-CV-1154<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

In accordance with the Court's Opinion and Order (ECF No. 69), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**IT IS SO ORDERED.**

Date: September 18, 2018                          /s/ Paul L. Maloney
                                                                                     Paul L. Maloney
                                                                                     United States District Judge